Xin Wang
14890 Montavlo Rd.
Saratoga, CA 95070
(408) 827-8597
saratoga10172023@gmail.com
*pro se* Plaintiff

Kevin Lu
2361 Brandini Dr.
Dublin, CA 94568
(408)598-1892
kevinxinlu@gmail.com
*pro se* Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIN WANG and KEVIN LU | Case No. 5:24-cv-09224-NC |
| Plaintiff, | LETTER REQUESTING FOREIGN MAILING TO DEFENDANT FTI CONSUJLTING LLP |
| vs. | |
| FTI CONSULTING LLP | |
| Defendant. | |

**LETTER REQUESTING FOREIGN MAILING**

TO: Mark S. Busby:

I, the *pro se* Plaintiffs, hereby request, pursuant to the provisions of FRCP 4(f)(2)(ii), that Clerk mail a copy of the Summons and Complaint set forth by FedEx (in the envelop provided contemporaneously with the filing of this request – copy of label annexed as Exhibit A) address to Defendant FTI Consulting LLP as follows:

> FTI CONSULTING LLP
> 200 Aldersgate,
> Aldersgate Street,
> London EC1A 4HD
> United Kingdom

Included with the envelope delivered to the Clerk's office are the copies of the Summons (ECF 4) and Complaint (ECF 1).

Dated: San Jose, California

       January 7, 2025

_____

XIN WANG

14890 Montavlo Rd.

Saratoga, CA 95070

(408) 827-8597

saratoga10172023@gmail.com

*pro se* Plaintiff

2
LETTER REQUESTING FOREIGN MAILING