Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Daniel D. Rubinstein (SBN 6291249)
Christopher Y. Lee (*pro hac vice forthcoming*)
Gina R. Bohannon (*pro hac vice forthcoming*)
drubinstein@sidley.com
chris.lee@sidley.com
gbohannon@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendant
FTI CONSULTING LLP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| XIN WANG and KEVIN LU, | Case No.  5:24-cv-09224-EKL |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Assigned to: Hon. Eumi K. Lee |
| FTI CONSULTING LLP, | |
| Defendant. | |

PROOF OF SERVICE,
CASE NO. 5:24-cv-09224-EKL

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )   SS
COUNTY OF SAN FRANCISCO      )
                             )

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 California Street Suite 2000, San Francisco, CA 94104.

On January 31, 2025, I served the foregoing document(s) described as:

- **NOTICE OF APPEARANCE BY SHEILA ANIL GOGATE ARMBRUST ON BEHALF OF FTI CONSULTING LLP**

- **DEFENDANT FTI CONSULTING LLP'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

- **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

- **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE**

- **ORDER REASSIGNING CASE**

- **CLERK'S CERTIFICATE OF SERVICE**

- **CLERK'S NOTICE RESETTING CASE MANAGEMENT DEADLINES FOLLOWING REASSIGNMENT**

- **STANDING ORDER FOR CIVIL CASES BEFORE JUDGE EUMI K. LEE**

- **CIVIL DOCKET FOR CASE #: 5:24-cv-09224-EKL**

(VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

1

PROOF OF SERVICE,
CASE NO. 5:24-CV-09224-EKL

on all interested in parties in this action as follows:

Kevin Lu
2361 Brandini Dr.
Dublin, CA 94568

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 31, 2025, at San Francisco, California.

_Gisselle L. Castillo_
Gisselle L. Castillo

2

PROOF OF SERVICE,
CASE NO. 5:24-CV-09224-EKL