1  Sheila A.G. Armbrust (SBN 265998)
   Sarah A. Hemmendinger (SBN 298659)
2  sarmbrust@sidley.com
   shemmendinger@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, CA 94104
   Telephone: (415) 772-1200
5  Facsimile: (415) 772-7400

6  Daniel D. Rubinstein (SBN 178896 )
   Christopher Y. Lee (*admitted pro hac vice*)
7  Gina R. Bohannon (*admitted pro hac vice*)
   drubinstein@sidley.com
8  chris.lee@sidley.com
   gbohannon@sidley.com
9  SIDLEY AUSTIN LLP
   One South Dearborn Street
10 Chicago, IL 60603
   Telephone: (312) 853-7000
11 Facsimile: (312) 853-7036

12 *Attorneys for Defendant*
   *FTI CONSULTING LLP*
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17 | XIN WANG and KEVIN LU,          | Case No. 5:24-cv-09224-EKL
18 |        Plaintiffs,              | **[PROPOSED] ORDER GRANTING DEFENDANT FTI CONSULTING LLP'S ADMINISTRATIVE MOTION TO FILE CERTAIN PORTIONS OF THREE EXHIBITS UNDER SEAL**
19 |   v.                            |
20 | FTI CONSULTING LLP,             |
21 |        Defendant.               | Assigned to: Hon. Eumi K. Lee
22 |                                 | Place: Courtroom 7, 4th Floor
23 |                                 | Complaint Filed: December 19, 2024

1  Before the Court is Defendant FTI CONSULTING LLP's Administrative Motion to File
2  Certain Portions of Three Exhibits Under Seal ("Defendant's Motion to Seal"). Having considered
3  the motion and the record in the case, and for compelling reasons, the Court ORDERS as follows:
4  The Court GRANTS Defendant's Motion to Seal.

| ECF No. | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 23-3 | Hemmendinger Declaration Exhibit 3 | Highlighted portions on PDF page 5 | |
| 23-4 | Hemmendinger Declaration Exhibit 4 | Highlighted portions on PDF pages 7, 20, 22-28, 30-32, 34-63, 65-67, 69-93 | |
| 23-5 | Hemmendinger Declaration Exhibit 5 | Highlighted portions on PDF pages 7, 20, 22-28, 30-32, 34-63, 65-67, 69-93 | |

Dated: _____, 2025

_____
HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE